United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEDDEH,<br>Plaintiff,<br>v.<br>POLITICO LLC,<br>Defendant. | Case No. 24-cv-08745-SK<br>**ORDER DISMISSING CASE WITH PREJUDICE**<br>Regarding Docket No. 18 |

On January 27, 2025, the Court consolidated this action and *Khamooshi et al. v. Politico LLC*, No. 24-cv-07836-SK, with *Khamooshi* designated as the lead case. (Dkt. No. 29.) On October 2, 2025, the Court dismissed the *Khamooshi* case with prejudice for lack of standing. (Dkt. No. 70.) In its order, the Court remanded the case to the Superior Court of California for the County of San Francisco. (*Id.*) Because the Court dismissed the *Khamooshi* action, which was consolidated with this case, the Court HEREBY DISMISSES this case WITH PREJUDICE. Accordingly, the Court VACATES the case management conference scheduled for January 26, 2026. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: January 20, 2026

SALLIE KIM
United States Magistrate Judge